HARRY KARLINSKY, Appellant, *v.* MORRIS SILBERMAN, Individually and as Executor of IKE SILBERMAN, Deceased, Respondent.

Submitted February 28, 1941; decided April 17, 1941.

*Maurice Rubinger* and *Hyman Frank* for appellant.

*Robert F. Blumofe* and *Stanley D. Waxberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.